FILED

2021 APR -5 PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

1  Jasper O. Crook, Rachel M. Crook,
2  and (7) minor children
3  19004 Sheffield Street
4  Hesperia, CA 92345
5  (760)998-3000
6  Pro Se

IFP
SUMM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| Jasper O. Crook, Rachel M. Crook, and (7) minor children<br><br>Plaintiffs,<br><br>v.<br><br>Six Flags Entertainment Corporation; Don McCoy, Six Flags Magic Mountain Park President, individually and in his official capacity; Dorean Holden, Six Flags Magic Mountain Head of Security, individually and in his official capacity; DOES 1-10 inclusive, in their individual and official capacities<br><br>Defendants. | CASE NO.<br><br>**EDCV21-00601 JGB(SPx)**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL; FRCP RULE 38** |

Complaint

1 of 15

**COMPLAINT**

Plaintiffs, Jasper O. Crook, Rachel M. Crook, and seven minor children sue Defendants, Six Flags Entertainment Corporation; Don McCoy, Six Flags Magic Mountain Park President, individually and in his official capacity; Dorean Holden, Six Flags Magic Mountain Head of Security, individually and in his official capacity; and DOES 1-10 inclusive, in their individual and official capacities, for deprivation of human rights, discrimination, breach of contract with considerations, and damages resulting from violations of religious freedom and exercise as well as fundamental human rights to breathe fresh air unrestricted, and states:

**JURISDICTIONAL ALLEGATIONS**

1. At all times material to this lawsuit, Plaintiffs citizenship are in the state of California.

2. At all times material to this lawsuit, Defendants citizenship are in the state of California.

3. All acts precedent to the bringing of this lawsuit occurred in Los Angeles County, California, Central District, Eastern Division.

4. This Court has jurisdiction under Article 6, Section 2, of the United States Constitution, in compliance with 28 U.S. Code § 1331 – Federal question, "The district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.".

5. This Court has jurisdiction under Title VII of the Civil Rights Acts of 1964 which prohibits discrimination based on religion.

6. This Court has jurisdiction under 18 U.S. Code § 241 – Conspiracy against rights, "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same **[emphasis added]**".

7. This Court has jurisdiction under 18 U.S. Code § 242 – Deprivation of rights under color of law, "Whoever, under color or any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States".

8. Jury trial demanded, in accordance with FRCP Rule 38. "The right to a jury in civil trials in federal courts is explicitly guaranteed **[emphasis added]** by the seventh amendment to the United States Constitution, but this right does not apply to the states through the fourteenth amendment." – **in Boyd v. Bulala, 1986 and 35 similar citations**. "Further, the 'thrust of the [Seventh] Amendment was to preserve the right to jury trial as it existed in 1791."– **in In re GI Holdings, Inc., 2005 and 80 similar citations.**

Complaint

9. Plaintiffs, Jasper O. Crook and Rachel M. Crook who are pro se litigants request the court assign attorney ad litems for each child and for each child's preservation of their fundamental human rights as they are Jasper and Rachel Crook's posterity and have a right to professional legal representation as beneficiaries of the Unites States of America, 5th and 10th Amendments. "—the constitutional rights enumerated in Miranda, which adhere to adults in state courts via the Fourteenth Amendment, apply with equal vigor to minors." – **in People v. Gomez, 1967 and 32 similar citations**

### DEFENDANTS

10. Six Flags Entertainment Corporation is a foreign for-profit corporation with headquarters located in the state of Texas; subject to the laws of the United States of America.

11. Don McCoy is the Six Flags Magic Mountain Park President.

12. Dorean Holden is the Six Flags Magic Mountain Head of Security.

13. DOES 1-10.

### BACKGROUND

14. Plaintiffs, Jasper O. Crook, Rachel M. Crook, and (7) minor children have previously contracted with the Six Flags theme parks as season pass holders.

15. Plaintiffs, Jasper O. Crook, Rachel M. Crook, and (7) minor children are current season pass holders under contract with considerations for the Six Flags 2020-2021 season.

### GENERAL FACTUAL ALLEGATIONS

16. On March 19, 2021, Plaintiffs placed a required reservation online to attend the Six Flags Magic Mountain theme park for Plaintiffs entire family to check in at 11:15 a.m. on April 2, 2021.

17. Plaintiff, Jasper Crook, mailed a United States Postal Service certified letter to Defendant, Don McCoy, Magic Mountain Park President, on March 28, 2021 outlining Plaintiffs' human and constitutional rights as per their fiat COVID-19 protocols - **SEE Exhibit A.**

18. Plaintiffs' certified letter was delivered to Defendant, Don McCoy, Magic Mountain Park President, on March 31, 2021 at 10:51 a.m. - **SEE Exhibit B.**

19. On Friday, April 2, 2021, at approximately 11:50 a.m. Plaintiffs arrived at the park and displayed a printed copy of their reservation along with Plaintiffs' parking pass. This day was reserved for California season pass holders only.

20. Plaintiffs entered the parking lot, parked, and proceeded to the theme park's front gate.

21. Plaintiffs were met by a theme park employee for a second reservation check.

22. Plaintiffs proceeded to enter the security area where they were instructed to remove hats and sunglasses.

23. Upon Plaintiffs exiting facial recognition, they were met by Defendant, Dorean Holden, who instructed Plaintiffs to put on face masks.

24. Plaintiff, Jasper Crook, informed Defendant, Dorean Holden, that no masks were required and stated all family members were medically exempt by their primary healthcare authority and were constitutionally exempt from face coverings as per the California Constitution, Article 1, Section 1, "All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy."

25. Defendant, Dorean Holden, disregarded Jasper Crook's assertions and aggressively demanded that face coverings be put on in order to enter the theme park. Plaintiff, Jasper Crook, again refused on the same grounds.

26. Defendant, Dorean Holden, then summoned Los Angeles County Sheriff Sergeant David Shoemaker with two other deputies in tow and multiple other park staff employees with the intent to intimidate and oppress Plaintiffs' rights.

27. Plaintiff, Jasper Crook, reiterated his family and his own fundamental right to breathe fresh air and that they were medically and constitutionally exempt from any fiat policy encroaching upon their human rights, free exercise of religious beliefs, and family autonomy.

28. Plaintiffs have the right to breathe fresh air protected by their first amendment constitutional right to life, liberty, and the pursuit of happiness which breathing air is encompassed in that right. Without air, there is no life, no speech.

29. Plaintiff, Jasper Crook, informed all involved they were violating basic human rights as Plaintiffs were all healthy individuals without any COVID-19 symptoms.

30. Plaintiff, Jasper Crook, informed Sergeant Shoemaker under California Penal Code Section **422.6** that reads as follows:

> CHAPTER 2. Crimes and Penalties [422.6 - 422.865]
>
> **422.6.**(a) No person, whether or not acting under color of law, shall by force or threat of force, willfully injure, intimidate, interfere with, oppress, or threaten any other person in the free exercise or enjoyment of any right or privilege secured to him or her by the Constitution or laws of this state or by the Constitution or laws of the United States in whole or in part.

31. All Defendants were in violation of 422.6 and subject to arrest under California Penal Code **837** that reads as follows:

Complaint

> CHAPTER 5. Arrest, by Whom and How Made [833 - 851.93]
>
> **837.** A private person may arrest another:
>
> 1. For a public offense committed or attempted in his presence.

AND protected by California Penal Code **142** that reads as follows:

> TITLE 7. OF CRIMES AGAINST PUBLIC JUSTICE [92 - 186.36]
>
> CHAPTER 7. Other Offenses Against Public Justice [142 - 181]
>
> **142.**(a)Any peace officer who has the authority to receive or arrest a person charged with a criminal offense and willfully refuses to receive or arrest that person shall be punished by a fine not exceeding ten thousand dollars ($10,000), or by imprisonment in a county jail not exceeding one year, or pursuant to subdivision (h) of Section 1170, or by both that fine and imprisonment.

32. Plaintiffs are all law abiding beneficiaries of the United States Constitution. The Sheriff's Department was reminded of their oath and that it is to uphold and protect the constitution and the rights of the rightful beneficiaries.

33. Defendant, Dorean Holden, continued to refuse entry of nine healthy Americans.

34. Upon further refusal of entry by Defendants, Plaintiff, Jasper Crook, asked for his money to be returned immediately for breach of contract.

35. Plaintiff, Jasper Crook, exhausted all his resources in trying to enter the park as healthy individuals making multiple phone calls to Six Flags corporate offices.

36. Plaintiff, Jasper Crook, headed to Magic Mountain's Human Resources who are in charge of ensuring laws and statutes are being adhered to under the constitutions and statues of California and the United States. Plaintiff spoke with Human Resources Supervisor, DOE 1, informing her of the violations of human rights and breach of contract that had just occurred, resulting in discrimination of nine healthy individuals. Plaintiff presented a copy of the certified letter previously mailed to Defendant, Don McCoy.

37. While at the human resources office Plaintiff, Jasper Crook, demanded to speak with the park operations manager. DOE 1 said he would be coming to meet with Plaintiff. After waiting for several minutes, Defendant, Dorean Holden, appeared at the human resources office and informed that the operations manager refused to meet with Plaintiff.

38. At that point, Defendant, Dorean Holden, advised Plaintiffs to leave the property and not return for the remainder of the day.

WHEREFORE Jasper O. Crook, Rachel M. Crook, and seven minor children demand:

1. Plaintiffs seventh amendment right to trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure;

2. Judgment for injunctive relief for Plaintiffs to be able to enter the Six Flags facility without face coverings of any type in observance of their human rights;

3. Punitive damages; and

4. Intentional infliction of emotional distress for assertion of Plaintiffs' basic human function to breathe air without any restrictions under their free exercise of religious beliefs;

AND in accordance with 422.6 Civil Rights violations should not exceed $5,000.00 USD per person of each person whose rights have been affected, along with 52.1(a) Tom Bane Civil Rights Act violations should not exceed $25,000.00 USD per person of each person whose rights have been affected, totaling $1,080,000.00 USD, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

Dated April 5, 2021                   Respectfully submitted,

                                      *signature*
                                      UCC 1-308 without prejudice Jasper O. Crook,
                                      Beneficiary and Administrator
                                      of the United States of America

                                      **Pro Se**

Dated April 5, 2021                   Respectfully submitted,

                                      *signature*
                                      UCC 1-308 without prejudice Rachel M. Crook,
                                      Beneficiary and Administrator
                                      of the United States of America

                                      **Pro Se**

# Exhibit A

From: March 27, 2021
Jasper Crook
19004 Sheffield Street
Hesperia, CA 92345


Don McCoy, Six Flags Magic Mountain, Park President,

**RE: The Crook Family** (includes 9 individual season pass holders),

The **California Constitution** ensures our right to be protected from arbitrary fiat legislation concerning our(*The People's*) human rights, constitutional rights, and personal liberties including privileges and immunities. Fiat legislation includes but is not limited to social distancing, mask wearing, temperature checks, COVID-19 testing, and/or all experimental vaccines. **THERE IS NO VOTER APPROVED LEGISLATION REQUIRING ANY COVID-19 PROTOCOLS.** No agency, be it located within the state and/or the county, has the authority to suspend the Constitution which guarantees our freedom of personal choice. Refusing to provide healthy people with services meant for all would be discriminatory, ie: refusing to allow someone with breast cancer to enter the facility simply because they have breast cancer is discriminatory; refusing to allow healthy individuals to engage in services without proof of any biological threat or physical threat to the general public is wholly discriminatory.


(1) **CALIFORNIA CONSTITUTION**

 **ARTICLE I DECLARATION OF RIGHTS**
 **SECTION 1.**
 All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy. Also, **SEE** United States Constitution, right to assemble.

(2) **CALIFORNIA PENAL CODE**
 **PART 1. OF CRIMES AND PUNISHMENTS**
 **TITLE 11.6. CIVIL RIGHTS**
 **CHAPTER 2. Crimes and Penalties [422.6 - 422.865]**
 **422.6.** (a) No person, whether or not acting under color of law, shall by force or threat of force, willfully injure, intimidate, interfere with, oppress, or threaten any other person in the free exercise or enjoyment of any right or privilege secured to him or her by the Constitution or laws of this state or by the Constitution or laws of the United States in whole or in part.

(3) The **Eight Amendment** ensures arbitrary pains and penalties are unconstitutional when it restricts right to freewill. "Even one day in prison would be a cruel and unusual punishment for the 'crime' of having a common cold." - **In Prost v Anderson, 2011** and 306 similar citations

(4) Opinion of the Court regarding **ROE v WADE, 410 U.S. 113 (1973)**
 "The Court reiterated the protected 'right to privacy', which applied to matters involving marriage, procreation, contraception, family relationships, child rearing, and education."

1 of 2 12 of 15

(6) The expression "**family autonomy**," refers to a situation where the family itself controls access to itself and the decisions of its members. **Family autonomy** is the state of separateness from societal intervention. **Family autonomy** arises in a number of other contexts, such as parental decisions regarding education and medical care for children.

We are sincerely hopeful you are going to advocate for the rights of your shareholders, season pass holders, and all alike to ensure their rights and liberties are being respected.

In conclusion, the Crook Family has made reservations to visit Magic Mountain on Friday, April 2, 2021. Any violation by private individuals and/or county/state actors, will be met with a civil suit in the district court under federal jurisdiction.

UCC 1-308 without prejudice
Jasper Crook, Beneficiary and
Administrator of the United States of America

# Exhibit B



```
                UNITED STATES
                POSTAL SERVICE
                    HESPERIA
                  17240 OLIVE ST
                HESPERIA, CA 92345-9998
                   (800)275-8777
03/28/2021

Product            Qty    Unit      Price
                          Price

First-Class Mail®   1                $0.75
 Letter
    Valencia, CA 91355
    Weight: 1.10 oz
    Estimated Delivery Date
       Thu 04/01/2021
    Tracking #:
       9507 1067 0916 1087 3009 45
 Certified Mail®                     $3.60
    Tracking #:
       70202470000021606750
 Affixed Postage                    -$0.45
    Affixed Amount: $0.45
Total                                $3.90

Grand Total:                         $3.90

Debit Card Remitted                  $3.90
   Card Name: VISA
   Account #: XXXXXXXXXXXX1113
   Approval #: 891922
   Transaction #: 028090
   Receipt #: 028990
   AID: A0000000980840           Chip
   AL: US DEBIT
   PIN: Not Required

USPS is experiencing unprecedented volume
```



Certified Mail Receipt — Sent To: Six Flags Mg. Mt., Don McCoy Pres., 26101 Magic Mountain Pkwy, Valencia, CA 91355

15 of 15